[No. 13972–3–II.   Division Two.   June 12, 1991.]

JAN KERST, *Individually and as Personal Representative, Appellant,* v. PEMCO INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89–2–08435–5, Nile E. Aubrey, J., entered December 19, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 13217–6–II.   Division Two.   June 12, 1991.]

RICHARD SORRELS, *Appellant,* v. THOMAS CRAWFORD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–08923–7, Rosanne Buckner, J., entered September 22, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 13912–0–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ALBERT WOODS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90–1–00593–5, Rosanne Buckner, J., entered May 10, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.